MINUTE ENTRY             11:05 a.m.

 UNITED STATES OF AMERICA -vs- JOHN G. PANGELINAN

PRESENT: HON. ALEX R. MUNSON, JUDGE PRESIDING
   K. LYNN LEMIEUX, COURTROOM DEPUTY
   SANAE N. SHMULL, COURT REPORTER
   TIMOTHY MORAN, ASSISTANT U.S. ATTORNEY
   MARK  SMITH, ATTORNEY FOR DEFENDANT
   JOHN G. PANGELINAN, DEFENDANT

PROCEEDINGS:     CHANGE OF PLEA

 Defendant appeared with counsel, Attorney Mark Smith.  Government was represented by Timothy Moran, AUSA.   Also present was FBI Special Agent, Jim Barry.

 Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the proceedings.

 Court reviewed every element of the Second Superseding Indictment with the Defendant.  Government reported to the Court what they would be able to prove if this matter proceeded to trial.  Defendant  entered a plea of GUILTY to Count I, Count 3, and Count 4 of the Second Superseding Indictment.  Court found that the defendant was fully competent to enter a knowing and voluntary plea.  Court accepted the plea.

 Court ordered that a Presentence Investigation Report be submitted by May 3, 2005 and that the Sentencing hearing be set for Tuesday, June 7, 2005 at 9:00 a.m.

 Court remanded the defendant back into the custody of the U.S. Marshal.

        Adjourned at 12:05 p.m.
;    [KLL EOD 03/02/2005]